LAWRENCE G. LOSSING, SBN 042953                    JS-6
Email:  LGL@Lossing.com
LOSSING & ELSTON
1505 BRIDGEWAY, SUITE 202
SAUSALITO, CALIFORNIA 94965
Telephone:  (415) 882-4200
Facsimile: (415) 882-4050

Attorneys for Plaintiff
GREAT WEST CASUALTY COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAUL CERNA, individually, and doing business as NATURAL TRANSPORT; LIFEWORKS TECHNOLOGY GROUP LLC; and GLOBALTRANZ ENTERPRISES, INC.,<br><br>　　　　Defendants. | CASE NO.  CV 13-2917 PA (JCGx)<br><br>**ORDER OF DISMISSAL**<br><br>[FRCP 41(a)(1)] |

    The parties to the above-entitled action having stipulated to the dismissal of said action pursuant to FRCP 41(a)(1), and good cause appearing therefor,

    IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: October 11, 2013       _____
                              HONORABLE PERCY ANDERSON
                              U.S. DISTRICT COURT JUDGE

1

[PROPOSED] ORDER OF DISMISSAL            CASE NO.  CV 13-2917 PA (JCGx)